Decided December 3, 2008

RICHARD READ *v.* TOWN OF PLYMOUTH ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 110 Conn. App. 657 (AC 28523), is denied.

*Paul E. Daddario*, in support of the petition.

*Andrew J. O'Keefe* and *Joseph M. Busher, Jr.*, in opposition.

Decided December 3, 2008

STATE OF CONNECTICUT *v.* RHONDELL BONNER

The defendant's petition for certification for appeal from the Appellate Court, 110 Conn. App. 621 (AC 28538), is denied.

*Christopher Y. Duby*, special public defender, in support of the petition.

*Margaret Gaffney Radionovas*, senior assistant state's attorney, in opposition.

Decided December 3, 2008

The plaintiff's petition for certification for appeal from the Appellate Court, 110 Conn. App. 736 (AC 28644), is denied.